PATRICK LA HART, as Administrator of the Estate of ANNA LA HART, Deceased, Respondent, *v.* THE CITY OF NEW YORK, Appellant, Impleaded with Others.

*Negligence — streets — New York city — municipal corporations — death of passer-by from being struck by falling limb of tree.*

*La Hart* v. *City of New York*, 220 App. Div. 713, affirmed.

(Argued November 30, 1927; decided December 16, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendants. Intestate while passing along West Two Hundred and Thirty-ninth street in the city of New York was struck by a falling limb which broke from a tree on the side of the street and received injuries from which she died.

*George P. Nicholson, Corporation Counsel (Elliot S. Benedict* and *J. Joseph Lilly* of counsel), for appellant. *David Vorhaus* and *Joseph Fischer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Not sitting: O'BRIEN, J.

---

JOSEPH BUGUERO, Appellant, *v.* UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION, Respondent.

*Negligence — master and servant — seamen — ships and shipping — steward on ship injured from fall on stairs — failure of proof of negligence on part of defendant.*

*Buguero* v. *U. S. Shipping Board E. F. Corp.*, 218 App. Div. 553, affirmed.

(Argued November 30, 1927; decided December 16, 1927.)

APPEAL from a judgment, entered February 18, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a